In the Matter of ROBERT GOELET et al., as Stockholders in METRO-POLITAN OPERA AND REAL ESTATE COMPANY, Appellants.

METROPOLITAN OPERA AND REAL ESTATE COMPANY, Respondent.

Argued October 27, 1942; decided December 3, 1942.

*John A. Wilson* for Robert Goelet et al., appellants.

*Gerald B. O'Neill* and *William M. Chadbourne* for F. Frazier Jelke, appellant.

*Theodore Kiendl, Leon Lauterstein* and *Melbourne Bergerman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS CONWAY and DESMOND, JJ.